# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

JOHN H. LENGYEL,

      Plaintiff,

v.

HERMANN CHRISTOPH,
and ROBERT GRECH,
jointly and severally,

      Defendants.

_____/

Case No. 18-11247

Hon. Nancy G. Edmunds
Magistrate Judge David R. Grand

## <u>STIPULATED ORDER OF DISMISSAL</u>

Upon the stipulation of the parties, and the Court being fully advised in the premises;

IT IS ORDERED that this matter is dismissed with prejudice, each party to bear their own costs and fees.

This is a final Order and closes the case.

                s/ Nancy G. Edmunds
                NANCY G. EDMUNDS

Dated:  January 31, 2020        United States District Judge

So stipulated:

/s/ Benjamin J. Wilensky (P75302)
Counsel for Plaintiff

/s/ Robert P. McArdle (P48163)
Counsel for Defendants

-1-